VINCENT TRICARICO, SBN 118379
CLARK & TREVITHICK
A Professional Law Corporation
800 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Defendants
INTERNATIONAL MANUFACTURING GROUP, INC. and
DEEPAL WANNAKUWATTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI JOHANI SDN. BHD., a Malaysia corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MANUFACTURING GROUP, INC., a California corporation, DEEPAL WANNAKUWATTE, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:05-CV-01853-DEL-PAN<br><br>**[PROPOSED] STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT** |

WHEREAS the complaint in this action was served on defendants on September 26, 2005, and

WHEREAS defendants' deadline for responding to the complaint is October 24, 2005,

Plaintiff and defendants, through their undersigned counsel, hereby stipulate to extend defendants' deadline to respond to the complaint to October 31, 2005.

DATED: October ___, 2005        CLARK & TREVITHICK

By: _____
Vincent Tricarico
Attorneys for Defendants
INTERNATIONAL MANUFACTURING GROUP, INC. and DEEPAL WANNAKUWATTE

DATED: October ___, 2005        WANLAND & BERNSTEIN

By: _____
Timothy V. Kassouni
Attorneys for Plaintiff
SRI JOHANI SDN. BDH.

SO ORDERED.

DATED: October 26, 2005        /s/ David F. Levi
David F. Levi, Judge
UNITED STATES DISTRICT COURT

G:\DOCS\LEV\3. Signed Orders to be Processed\05cv1853.o.1026.doc

2

[PROPOSED] STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO THE COMPLAINT