LAW OFFICES OF WANLAND & SPAULDING
Donald M. Wanland, Jr. (SB# 122462)
James P. Chandler (SB# 215886)
705 University Avenue
Sacramento, California 95825
(916) 568-6000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI Johani SDN. BHD., a Malaysia corporation, | Case No. 2:05-CV-01853-DFL-PAN |
| Plaintiff, | Stipulation And Order Extending Deadline To Identify Expert Witnesses |
| vs. | |
| International Manufacturing Group, Inc., a California corporation, Deepal Wannakuwatte, an individual, and DOES 1 through 25, inclusive, | |
| Defendants. | |
| And Related Counterclaims | |

WHEREAS according to this Court's Pre-Trial Scheduling Order dated February 10, 2006, the deadline for the parties to this action to identify expert witnesses in the above-referenced matter is September 1, 2006;

WHEREAS the trial date in the above-captioned matter is set for April 9, 2007

///
///
///
///

1

[Proposed] Stipulation And Order Extending Deadline To Identify Expert Witnesses

Plaintiff and defendants, through their undersigned counsel, hereby stipulate to extend the deadline to identify expert witnesses to September 26, 2005.  Plaintiff and defendants further agree to extend the deadline to identify rebuttal witnesses to October 11, 2006.

Respectfully submitted,

Date:   September 5, 2006          LAW OFFICES OF WANLAND & SPAULDING

/s/ James P. Chandler
James P. Chandler
Plaintiff SRI Johani SDN. BHD.

Date:   September 5, 2006          CLARK & TREVITHICK

/s/ Vincent Tricarico
Vincent Tricarico
Defendants International Manufacturing Group, Inc.
and Deepal Wannakuwatte

SO ORDERED.

DATED:  September 14, 2006

DAVID F. LEVI
United States District Judge