LAW OFFICES OF WANLAND & SPAULDING
Donald M. Wanland, Jr. (SB# 122462)
James P. Chandler (SB# 215886)
705 University Avenue
Sacramento, California 95825
(916) 568-6000

**OK/HAV**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI Johani SDN. BHD., a Malaysia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>International Manufacturing Group, Inc., a California corporation, Deepal Wannakuwatte, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 2:05-CV-01853-DFL-PAN<br><br>Stipulation And Pre-Trial Scheduling Order |

WHEREAS according to this Court's Pre-Trial Scheduling Order dated February 10, 2006, the deadline for completing discovery in the above-referenced matter is November 24, 2006;

WHEREAS the parties require more time to conduct additional discovery in preparation for trial for this matter because important witnesses are located in Malaysia; and

WHEREAS the trial date in the above-captioned matter is set for April 9, 2007:

///

///

1

[Proposed] Stipulation And Order Extending Discovery Deadline

Plaintiff and defendants, through their undersigned counsel, hereby stipulate to modify the Court's Pre-Trial Scheduling Order dated February 10, 2006 as follows:

| | |
|---|---|
| Discovery cut off: | January 26, 2007; |
| Dispositive motion filing: | March 14, 2007; |
| Dispositive motion hearing: | April 11, 2007, 10:00 a.m.; |
| Joint pretrial statement due: | May 16, 2007; |
| Final pretrial conf: | May 23, 2007, 4:00 p.m.; and |
| Trial: | June 25, 2007, 8:30 a.m. |

Respectfully submitted,

Date: November 16, 2006        LAW OFFICES OF WANLAND & SPAULDING

/s/ James P. Chandler
James P. Chandler
Plaintiff SRI Johani SDN. BHD.

Date: November 16, 2006        CLARK & TREVITHICK

/s/ Vincent Tricarico
Vincent Tricarico
Defendants International Manufacturing Group, Inc. and Deepal Wannakuwatte

SO ORDERED.

DATED: November 21, 2006

_____
DAVID F. LEVI
United States District Judge

2
[Proposed] Stipulation And Order Extending Discovery Deadline