1 | James P. Chandler (SB# 215886)
Law Offices of James P. Chandler
2 | 2377 Gold Meadow Way, Suite 100
Sacramento, California  95864
3 | (916) 526-2774
7
4 |
Attorneys for Plaintiff
5 |

6 |

7 |

8 |
                    UNITED STATES DISTRICT COURT
9 |
                    EASTERN DISTRICT OF CALIFORNIA
10 |

11 |
SRI Johani SDN. BHD., a Malaysia          )    Case No. 2:05-cv-01853-DFL-PAN
12 | corporation,                           )
                                           )
13 |               Plaintiff,               )
                                           )
14 | vs.                                    )    Stipulation To Vacate Settlement Conference
                                           )    and Order
15 | International Manufacturing Group, Inc., a   )
California corporation, Deepal            )
16 | Wannakuwatte, an individual, and DOES 1   )
through 25, inclusive,                    )
17 |                                        )
                                           )
18 |               Defendants.              )
                                           )
19 | _____       )
                                           )
        And Related Counterclaims          )
20 |                                        )

21 |

22 |     WHEREAS a settlement conference is currently scheduled in this case before the Honorable

Morrison C. England, Jr. on August 9, 2007;
23 |
        WHEREAS Plaintiff SRI Johani SDN. BHD on July 5, 2007, offered to Defendant
24 |
International Manufacturing Group, Inc. to settle this case for the sum of $800,000;
25 |
        WHEREAS Defendant, on July 16, 2007, declined plaintiff's settlement offer, but counter-
26 |
offered to settle by dismissing its counter-claim and paying the sum of $25,000;
27 |
        WHEREAS Plaintiff's counsel has told Defendant's counsel that plaintiff will not be able to
28 |
send a representative to the settlement conference because of the short notice;

367490.2 (I04316.601)                      1

1      WHEREAS Plaintiff has stated through its counsel that it will refuse to accept any settlement

2 less than $800,000;

3      WHEREAS Defendant has indicated, through its counsel, that no amount of negotiation will

4 convince Defendant to pay anything even close to $800,000 in settlement; and

5      WHEREAS the parties and their counsel do not believe it will serve any purpose to conduct a

6 settlement conference that will not succeed and will waste this court's time;

7      Plaintiff SRI Johani SDN. BHD and Defendant International Manufacturing Group, Inc.,

8 through their undersigned counsel, hereby stipulate to vacate the settlement conference.

9                                  Respectfully submitted,

10 Date:   July 31, 2007               Law Offices of James P. Chandler

11

12                                /s/ James P. Chandler
                               James P. Chandler

13                                Plaintiff SRI Johani SDN. BHD.

14 Date:   July 31, 2007               CLARK & TREVITHICK

15

16                                /s/ Vincent Tricarico
                               Vincent Tricarico

17                                Defendants International Manufacturing Group, Inc.

18

19      IT SO ORDERED.

20 DATED:  August 1, 2007

21

22                        MORRISON C. ENGLAND, JR
                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28