James P. Chandler (SB# 215886)
Law Offices of James P. Chandler
2377 Gold Meadow Way, Suite 100
Sacramento, California  95864
(916) 526-2774

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI Johani SDN. BHD., a Malaysia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>International Manufacturing Group, Inc., a California corporation, Deepal Wannakuwatte, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 2:05-CV-01853-DFL-PAN<br><br>Stipulation of Dismissal |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

Date:   September 13, 2007          Law Offices of James P. Chandler

/s/ James P. Chandler
James P. Chandler
Plaintiff SRI Johani SDN. BHD.

373849.1 (I04316.601)                              1
                                       Stipulation of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:05-cv-01853-RRB-EFB   Document 77   Filed 09/13/07   Page 2 of 2

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: September 13, 2007 | CLARK & TREVITHICK |
| 3 | | /s/ Vincent Tricarico |
| 4 | | Vincent Tricarico<br>Defendants International Manufacturing Group, Inc. |
| 5 | | |
| 6 | SO ORDERED. | |
| 7 | | |
| 8 | DATED: September 13, 2007 | /s/ Ralph R. Beistline |
| 9 | | Ralph R. Beistline<br>UNITED STATES DISTRICT COURT |

373849.1 (I04316.601)          2

Stipulation of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com